UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# AMENDED CRIMINAL MINUTES

**Date:** May 1, 2026 **Time:** 50 minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-180-YGR **Case Name:** UNITED STATES v. Jeffrey Raymond Wilson

**Attorney for Plaintiff: Andrew Paulson and Alethea Sargent**
**Attorney for Defendant: Tamara Crepet**
**Defendant: Jeffrey Raymond Wilson [ X ] Present [ ] Not Present**
**Defendant's Custodial Status: [ ] In Custody [ X ] Not in Custody**
**Probation: Jasmine Vega**

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kendra Steppler; via Zoom

## PROCEEDINGS

Sentencing - Held.

Sentencing recommendations are argued and submitted. The Court Denies the defendant's motion to compel discovery. The defendant addressed the Court.

The defendant is committed to the custody of the Bureau of Prisons for a term of 52 months. This term consists of terms of 52 months on each of Counts One through Six of the Information, all counts to run concurrently. Five years supervised release with standard and special conditions as stated on the record. This term consists of five years on each of Counts One through Five, and a one-year term of supervised release on Count Six, all such terms to run concurrently.

The defendant shall pay a $600.00 mandatory special assessment. The Court orders the fine waived.

The defendant is ordered to self-surrender to the facility if already designated, otherwise to the U. S. Marshal on July 31, 2026, at 12:00 p.m.